The People of the State of New York, Respondent, 
against
Lisa Ulwick, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Abraham L. Clott, J.), rendered September 30, 2015, convicting her, upon a plea of guilty, of driving while impaired, and imposing sentence.




Per Curiam.
Judgment of conviction (Abraham L. Clott, J.), rendered September 30, 2015, affirmed.
We are satisfied with the sufficiency of the brief filed by defendant's assigned counsel pursuant to Anders v California, 386 US 738 (1967). Counsel has informed this Court that defendant has not authorized counsel to raise any issue related to the denial of her suppression motion or the validity of her guilty plea. Upon an independent review of the record, we conclude that there are no remaining nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is, therefore, granted.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: November 20, 2017